# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:                                                          CASE NO. 17-14013 NWW
CLAYTON GREER SMITH JR
DEBORAH COX SMITH
    Debtor(s)                                             CHAPTER 13

## TRUSTEE'S MOTION TO DISMISS FOR LACK OF FEASIBILITY

> **NOTICE OF HEARING**
>
> **Notice is hereby given that:**
>
> **A hearing will be held on the Trustee's Motion to Dismiss for Lack of Feasibility on January 24, 2019, at 9:00 a.m. in Courtroom A, located at Historic U.S. Courthouse, 31 East 11th Street, Chattanooga, TN 37402.**
>
> **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**
>
> **If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

      Comes now Kara L. West, Trustee, pursuant to 11 U.S.C. §1307, and moves this court to enter an order dismissing this case for the lack of feasibility. The feasibility assessment occured due to other trustee review.

      To cure the problem:

    **Debtor's payments into the plan must be $883.00 BI-WEEKLY.**
    **Payment on Secured Claim 005-1 must be $322.00 MONTHLY.**

                                                                            s/ Kara L. West
                                                                           Kara L. West (TN No. 25744)
                                                                           Chapter 13 Standing Trustee
                                                                           P O Box 511
                                                                           Chattanooga, TN  37401
                                                                           (423) 265-2261

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, a copy of the Trustee's Motion to Dismiss for Lack of Feasibility was served on those listed below as indicated:

**Via electronic case noticing:**

MARK T YOUNG & ASSOCIATES – ECF
US Trustee – ECF
Bankruptcy Court – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the addresses listed:**

CLAYTON GREER SMITH JR
DEBORAH COX SMITH
8415 DAISY DALLAS ROAD
HIXSON, TN 37343

                                          s/ Dee Jones
                                          Auditor for Chapter 13 Trustee
                                          P.O. Box 511
                                          Chattanooga, TN 37401-0511
                                          (423) 265-2261