**SO ORDERED.**
**SIGNED this 20th day of February, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*/s/ Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 17-14013 NWW** |
| | ) | |
| **Clayton Greer Smith Jr,** | ) | **Chapter 13** |
| **Deborah Cox Smith** | ) | |
| | ) | |
| **Debtor(s)** | ) | |

### ORDER

This case is before the court on a motion for a Rule 2004 examination filed by the debtor.

Because it appears that the movant is entitled to the relief sought, it is hereby

ORDERED that the motion is granted. The attendance of DLJ Mortgage Capital, Inc.

and for examination and/or for the production of documents may be compelled as provided in

Rules 2004(c) and 9016 of the Federal Rules of Bankruptcy Procedure.

###

APPROVED:

MARK T. YOUNG & ASSOCIATES

By:    /s/ Mark T. Young
        Mark T. Young           05303
        Attorney for Debtor(s)
        2895 Northpoint Blvd
        Hixson, TN  37343
        (423)  870-5225

Case 1:17-bk-14013-NWW    Doc 52    Filed 02/20/19    Entered 02/20/19 16:13:10    Desc
Main Document      Page 2 of 2