**SO ORDERED.**
**SIGNED this 5th day of March, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

In re:   DEBORAH COX SMITH                                     No. 17-14013 NWW
                                                               Chapter 13

SS#:   xxx-xx-1997                                     CASE NUMBERS MUST APPEAR ON
                                                       ALL CHECKS AND CORRESPONDENCE
           Debtor

**AMENDED ORDER TO EMPLOYER OR OTHER ENTITY TO PAY TO TRUSTEE**

The above named debtor has pending in this court a case for the adjustment of debts of an individual with regular income, and therefore has submitted future earnings or other income to the supervision of the trustee. 11 U.S.C. § 1322(a)(1). Pursuant to 11 U.S.C. § 1325(c) the court may order any entity from whom the debtor receives income to pay any part of it to the trustee. Accordingly,

It is ORDERED that:

    MULTIPLAN
    ATTN PAYROLL DEPT
    535 EAST DIEHL RD STE 100
    NAPERVILLE, IL 60563-

(1) Deduct from the debtor's earnings or other income **$820.00 BI WEEKLY** beginning with the next payment following receipt of the order and remit the sums withheld promptly, no less frequently than once each month, to CHAPTER 13 STANDING TRUSTEE, P.O. BOX 511, CHATTANOOGA, TN 37401 (423) 265-2261. If the debtor's net earnings or other income for any pay period are less than the above amount, remit the total net earnings or income. (If desired, funds may be remitted electronically. Refer to trustee office website at www.ch13cha.com for information.)

(2) Not suspend or terminate the debtor's employment or take any other punitive or disciplinary action on account of the issuance of this order.

(3) Notify the trustee of termination of the debtor's employment or other source of income and the reason for termination. Notifications may be sent to payments13@ch13-trustee.com.

(4) Make no deductions from the debtor's earnings or other income for any garnishment, wage assignment or credit union, except as allowed by order of this court.   You may withhold alimony or child support.

(5) This order supersedes previous orders in this case, if any, to the above named entity.

###

APPROVED FOR ENTRY BY:

s/ Kara L. West
Kara L. West (TN No. 25744)
Chapter 13 Standing Trustee
PO Box 511
Chattanooga, TN   37401
(423) 265-2261